IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **KENNETH PACKNETT,**<br><br>Plaintiff,<br><br>v.<br><br>**S. PATRAKIS, et al.,**<br><br>Defendants. | C 08-2517 JF<br><br>[~~PROPOSED~~] ORDER **EXTENDING THE DISPOSITIVE MOTION DEADLINE** |

Defendants moved this Court for an extension of time to file a summary-judgment or other dispositive motion, up to and including January 20, 2009.  After full consideration, and good cause appearing, Defendants' motion for extension of time is GRANTED.

Plaintiff shall file his opposition by February 19, 2009.  If Defendants wish to file a reply, they shall do so by March 10, 2009.  Absent further order, the motion will be submitted on March 10, 2009 without a hearing.

IT IS SO ORDERED.

Dated:   10/21/08  _____

_____
The Honorable Jeremy Fogel
U.S. District Court Judge

[Proposed] Order Extending Dispositive Mot. Deadline

K. Packnett v. S. Patrakis, et al.
C 08-2517 JF

1